# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 20-42663-399 |
| | ) | Chapter 7 |
| Zachary L Allen, II, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re | ) | Case No. 20-42689-399 |
| | ) | Chapter 7 |
| Tiara C. Donegan, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Daniel J. Casamatta, | ) | |
| Acting United States Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| William H. Ridings, Jr., | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
### CONCERNING ATTORNEY'S FEES OF WILLIAM H. RIDINGS, JR.

On November 23, 2020, two identical motions (Motions) of Daniel J. Casamatta, Acting United States Trustee for the Eastern District of Missouri, Eastern Division (U.S. Trustee), brought under 11 U.S.C. § 329 concerning the attorney's fees of William H. Ridings, Jr., counsel to debtors, Zachary L. Allen, II and Tiara C. Donegan, came before me for hearing. The Motions were consolidated for hearing with the consent of the parties. Carole J. Ryczek appeared for the U.S. Trustee. Daniel E. Garrison appeared for Mr. Ridings. Evidence was adduced. No evidence was presented that an amount other than $1,165 in attorney's fees was reasonable. To the extent Mr. Ridings relies on Exhibit L, I take notice after 33 years on the bench that the vast majority of Chapter 7 bankruptcy cases are no asset cases which call for no legal fees to be incurred beyond counseling the debtor, preparing and filing required information and attending 11 U.S.C.

1

§ 341 meetings. The reliance by Mr. Ridings on Exhibit L is to no avail. Lastly, Mr. Ridings admitted that it would be rare for such services listed on his Exhibit L to arise in a single case. For these reasons and for the reasons set forth on the record on November 23, 2020, it is hereby

**ORDERED** that the U.S. Trustee's Motions are **GRANTED** in that, when Zachary L. Allen, II has paid Mr. Ridings the total amount of $1,165 in attorney's fees, Mr. Allen's obligation to pay attorney's fees to Mr. Ridings is terminated and Zachary L. Allen, II shall have no further obligation to pay additional attorney's fees to Mr. Ridings. It is further

**ORDERED** that when Tiara C. Donegan has paid Mr. Ridings the total amount of $1,165 in attorney's fees, Tiara C. Donegan's obligation to pay attorney's fees to Mr. Ridings is terminated and Tiara C. Donegan shall have no further obligation to pay additional attorney's fees to Mr. Ridings. It is further

**ORDERED** that if Zachary L. Allen, II has paid more than $1,165 in attorney's fees to Mr. Ridings, Mr. Ridings shall return to Zachary L. Allen, II the amount of fees paid in excess of $1,165. It is further

**ORDERED** that if Tiara C. Donegan has paid more than $1,165 in attorney's fees to Mr. Ridings, Mr. Ridings shall return to Tiara C. Donegan the amount of fees paid in excess of $1,165.

DATED: November 23, 2020
St. Louis, Missouri
cke

*Barry S. Schermer* (signature)
Barry S. Schermer
United States Bankruptcy Judge

2

Copies to:

Zachary L. Allen, II
10327 Bon Oak Dr
Saint Louis, MO 63136

Tiara C. Donegan
5375 Claxton Ave
Saint Louis, MO 63120

William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO 63144

Daniel E. Garrison
Protego Law, PLLC
1805 N. Scottsdale Rd., Ste. 100
Tempe, AZ 85281

Trustee
E. Rebecca Case
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105

Daniel J. Casamatta, Acting United States Trustee
Carole J. Ryczek, Trial Attorney
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601
Attn: Avi Schild